IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIE WEAVER, | NO. C 04-4784 JW   PR |
| Plaintiff(s), | **ORDER DENYING FED.R.APP.P. 4(a)(4) MOTION** |
| v. | |
| PELICAN BAY STATE PRISON, | docket no. 12 |
| Defendant(s). | |

Plaintiff, an inmate at Pelican Bay State Prison and frequent litigant in this Court, filed a <u>pro se</u> civil rights complaint under 42 U.S.C. § 1983, alleging that he has been unable to obtain a "119 log" of his legal mail. On May 9, 2005, the Court dismissed the complaint for failure to state a claim and entered judgment.

Between May 31, 2005 and November of 2005, Plaintiff filed an "objection" (docket no. 12, filed May 31, 2005), numerous motions, and eventually a notice of appeal. While the case was on appeal, Plaintiff continued to file a few more motions in this Court. On May 22, 2006, the Court issued an order denying motions docketed as numbers 13, 14, 15, 17, and 19; the order, however, did not address the "objection" filed May 31, 2005.

On June 19, 2006, the Ninth Circuit issued an order holding the appeal in abeyance pending this Court's resolution of what it characterized as a Federal Rule of Appellate Procedure 4(a)(4)

Order Denying Fed.R.App.P. 4(a)(4) Motion
N:\JW Cases\04\04-4784jw.ord.4a4.wpd

motion, pending as of May 31, 2006. This Court presumes that the motion referred to by the Ninth Circuit is the "objection" filed May 31, 2005, because there is no pending motion filed May 31, 2006.

Having reviewed the "objection" filed May 31, 2005, and construing it as a Rule 4(a)(4) motion in accordance with the Ninth Circuit, this Court DENIES the motion. As the Court previously held, Plaintiff does not have a constitutional right to a 119 mail log.

The case may now proceed on appeal. The Clerk shall forward the official file accordingly.

Dated: August 11, 2006

_____
JAMES WARE
United States District Judge

Order Denying Fed.R.App.P. 4(a)(4) Motion
N:\JW Cases\04\04-4784jw.ord.4a4.wpd

2

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Willie Weaver
J-91389 4-B-C-8-201
California Correctional Institution-Tehachapi
P. O. Box 1906
Tehachapi, Ca 93581

| | |
|---|---|
| **Dated: August 11, 2006** | **Richard W. Wieking, Clerk** |
| | By: _/s/ J.N. Pringer_ |
| | **Courtroom Deputy** |

Order Denying Fed.R.App.P. 4(a)(4) Motion
N:\JW Cases\04\04-4784jw.ord.4a4.wpd